ALVINA TALAMANTES
743 W. GROVE ST.
RIALTO, CA 92376
No Fax
No Email

In Pro Per



# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

ED CV18-00210 AG JGB (SHKx)

Case No.:

KMC INVESTMENT CORP.

PLAINTIFF,
VS.

ALVINA TALAMANTES: DOES 1-10, INCLUSIVE

DEFENDANT.

**NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441(a) and 1446**

**SUPERIOR COURT OF CALIFORNIA CASE NO. UDFS1708807**

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD,

Pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, the Defendant, ALVINA TALAMANTES, Pro Se, files this Notice of Removal of this case from the Superior Court of California, County of San Bernardino, to the United States District Court for the Central District of California. In support of this Notice of Removal, Defendant states as follows:

## CASE BACKGROUND AND FOUNDATION FOR REMOVAL

1. On or about December 11, 2017, Plaintiff commenced an action in the Superior Court of

California, in San Bernardino County against the Defendant/Cross Plaintiff. Defendant/Cross Plaintiff currently has a pending Complaint filed against the Plaintiff for Wrongful Foreclosure and Sale of his property, Fraud, Fraudulent Inducement, Breach of Contract, Breach of Fiduciary Duty, Conspiracy, Various Violations of the California Civil Code, Declaratory Relief, Intentional Misrepresentation and other causes of action against the Plaintiff of this case and various other lending institutions that did not have proper title to Defendant's Property.

2. Defendant/Counter Plaintiff's presently seek judgment against Plaintiff for injuries that Defendant/Counter Plaintiffs allegedly suffered as a result of various violations under the Fair Debt Collection Practices Act. Defendant/Counter Plaintiffs' claims against Plaintiff are based on Plaintiff's alleged misrepresentation of the amount of debt due, and their own fraudulent actions.

3. True and correct copies of the Summons, Complaint and other pleadings or orders are Attached as Exhibit "A" and incorporated by reference.

4. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is a civil action based upon the Federal Debt Collection Practices Act.

5. Venue is proper in this Court because the State Court Action is pending in the Superior Court of California, San Bernardino County. See 28 U.S.C. § 1441(a).

**COMPLETE DIVERSITY OF CITIZENSHIP**

6. There is complete diversity of citizenship between the parties.
   a) Plaintiff is incorporated in a state other than California and its principal place of business are located in states other than California. Thus, Plaintiff is not a citizen of California.

b) Defendant/Counter Plaintiff is a citizen of California, residing in San Bernardino County.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

7. Plaintiffs do not quantify the amount of damages they seek to recover in this case. See Complaint, Prayers for Relief. From the face of the Complaint, however, it is apparent that the amount in controversy more likely than not exceeds $75,000.00, exclusive of interest and costs.

8. "The amount in controversy is ordinarily determined by the allegations of the Complaint, Or, where they are not dispositive, by the allegations in the Notice of Removal". See Laughlin v. Kmart Corp., 50 F.3d 871, 873 (10th Cir.), cert. denied, 516 U.S. 863 (1995).

9. When the plaintiffs' damages are unquantified in the Complaint, the amount in Controversy can be established by allegations in the Removal Notice by reference to allegations on the face of the Complaint. Cf. Martin v. Franklin Capital Corp., 251 F.3d 1284, 1290 (10th Cir. 2001). More specifically, the amount in controversy requirement can be satisfied by showing that it is facially apparent from the Complaint that the claims more likely than not exceed $75,000.00. See Allen v. R&H Oil and Gas Co., 63 F.3d 1326, 1335 (5th Cir. 1995); accord Singer v. State Farm Mutual Automobile Ins. Co., 116 F.3d 373, 377 (9th Cir. 1997); See also Gilmer v. The Walt Disney Co., et al., 915 F. Supp. 1001, 1007 (W.D. Ark. 1996).

10. Here, the amount in controversy more like than not exceeds $75,000.00 based on Plaintiffs' claims, their alleged injuries and the recovery sought.

11. Defendant/Counter Plaintiff denies the allegations in the Complaint. Taking those Allegations on their face as true, however, as this Court must do for the purpose of determining the propriety of removal, it is clear that Plaintiffs' claims, as evidenced by the documents attached hereto as Exhibit "A" demonstrate an amount in controversy in excess of $75,000.00.

12. Given the complete diversity of the real parties and an amount in the controversy in excess of $75,000.00, this Court has jurisdiction over the causes of action and claims asserted in the State Court Action pursuant to 28 U.S.C. § 1332, and this action properly is removable pursuant to 28 U.S.C. § 1441.

13. Diversity jurisdiction further exists in this case based on the following:

    A. The Plaintiff KMC INVESTMENT CORP.., cannot state a claim for return of, damages to or diminution in volume of assets it does not own, or can prove ownership.

    B. Based on its lack of ownership of the subject property, the Plaintiff, KMC INVESTMENT CORP., has no standing to bring the claims set forth in their Complaint or Motion.

    C. Due to the fact that the Plaintiff, KMC INVESTMENT CORP., cannot state a claim upon which relief may be granted, the only proper parties to this action are the Defendant/Cross Plaintiff.

14. If the party with no standing is disregarded, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this case may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

## OTHER ISSUES

15. This Notice of Removal is timely filed. See 28 U.S.C. § 1446(b).

16. This Notice of Removal has been served on Plaintiff. A Notice of Filing of Notice of Removal to Federal Court (attached as Exhibit "A") will be filed in the Superior Court of California, County of San Bernardino as soon as this Notice of Removal has been filed in this Court.

17. A copy of the complete record maintained by the Clerk of the Superior Court, County of San Bernardino, California is attached to this Notice of Removal as Exhibit "A".

## CONCLUSION

Because Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, this Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332. Defendants are therefore entitled to remove this case to this Court pursuant to 28 U.S.C. § 1441.

Wherefore, Defendant requests that the action now pending before the Superior Court of California, County of San Bernardino, California, Civil Action No. UDFS1708807, be removed to this Court.

Dated: 01/30/2018

*Alvina Talamantes*
ALVINA TALAMANTES, In Pro Per

COMPLAINT REMOVING TO FEDERAL COURT- 5

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that on 01/30/2018, he served a copy of:

## NOTICE OF REMOVAL

By placing said copy in an envelope addressed to the person(s) hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U.S. Mail in Rialto, California.

_____
Melissa Gutierrez

COMPLAINT REMOVING TO FEDERAL COURT- 6

# Exhibit "A"

```
ALVINA TALAMANTES
743 W. GROVE ST.
RIALTO, CA 92376
310-057-8762
NO Fax
No Email
In Pro Per
```

# SUPERIOR COURT, STATE OF CALIFORNIA
# FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| KMC INVESTMENT CORP.<br><br>       PLAINTIFF,<br><br>            VS.<br><br>ALVINA TALAMANTES; DOES 1-10,<br>INCLUSIVE<br>       DEFENDANT, | Case No. UDFS1708807<br><br>**DEFENDANT´S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** |

 TO: THE CLERK OF THE ABOVE-ENTILED COURT, AND COUNSEL OF RECORD PLEASE TAKE NOTICE that defendant, ALVINA TALAMANTES, today filed in the office of clerk of the United States District court for the Central District of California, a Notice and Petition removing the above-captioned pending action to The united states District Court.

**FEDERAL CASE#**   ED CV18-00210 JGB (SHKx)

 Pursuant to 28 U.S.C. 1446(d), the filing of The Petition for Removal with the clerk of the District Court together with giving of this notice "shall effect the removal and The State Court shall proceed no further unless and until the case is remanded" by the United States Court for The Central District of California.

Date: 01/30/2018

*Alvina Talamantes*

ALVINA TALAMANTES, In Pro Per

COMPLAINT REMOVING TO FEDERAL COURT- 8

| | SUM-130 |
|---|---|
| **SUMMONS** <br> **(CITACION JUDICIAL)** <br> **UNLAWFUL DETAINER—EVICTION** <br> **(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)** | **FOR COURT USE ONLY** <br> **(SOLO PARA USO DE LA CORTE)** <br> F I L E D <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF SAN BERNARDINO <br> FONTANA DISTRICT <br> DEC 1 1 2017 <br> BY _Debra Benfield_ <br> DEBRA BENFIELD, DEPUTY |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ALVINA TALAMANTES, DOES 1 TO 10 INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KMC INVESTMENT CORP

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SAN BERNARDINO SUPERIOR COURT
   17780 ARROW BLVD.
   17780 ARROW BLVD.
   FONTANA, CA 92335
   VALLEY DIVISION

   **CASE NUMBER:** *(Número del caso):* UDFS1708807

   951-689-9644
   951-352-2325 FAX

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   BARRY LEE O'CONNOR, ATTORNEY AT LAW, BAR #134549         951-689-9644
   BARRY LEE O'CONNOR, A PROFESSIONAL LAW CORP.              951-352-2325
   3691 ADAMS STREET
   RIVERSIDE, CA 92504

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: DEC 1 1 2017        Clerk, by _Debra Benfield_, Deputy
*(Fecha)*                 *(Secretario)*                  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)             [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**
Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

**SUM-130**

| PLAINTIFF (Name): KMC INVESTMENT CORP | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): ALVINA TALAMANTES, DOES 1 TO 10 INCLUSIVE | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):*
    a. Assistant's name:
    b. Telephone no.:
    c. Street address, city, and zip:

    d. County of registration:
    e. Registration no.:
    f. Registration expires on *(date)*:

SUM-130 [Rev. July 1, 2009]　　　　**SUMMONS—UNLAWFUL DETAINER—EVICTION**　　　　Page 2 of 2

```
BARRY LEE O'CONNOR & ASSOCIATES, A PLC
BARRY LEE O'CONNOR, ATTORNEY AT LAW, BAR #134549
3691 ADAMS ST.
RIVERSIDE, CA 92504

(951) 689-9644

Attorney(s) for PLAINTIFF
```

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
FONTANA DISTRICT

DEC 11 2017

BY _Debra Benfield_
DEBRA BENFIELD, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

FONTANA

| | |
|---|---|
| KMC INVESTMENT CORP<br><br>Plaintiff(s)<br><br>vs.<br><br>ALVINA TALAMANTES, DOES 1 TO 10 INCLUSIVE<br>Defendant(s) | No. UDFS1708807<br><br>COMPLAINT FOR UNLAWFUL DETAINER AFTER FORECLOSURE [CCP SEC.1161A]<br>DEMAND LESS THAN $10,000.00 |

Plaintiff alleges:

1. Plaintiff is a limited liability company authorized to do business and is doing business within the State of California.

2. Plaintiff is informed and believes, and thereon alleges, that Defendants Alvina Talamantes, DOES 1 TO 10 INCLUSIVE, are individuals who reside at 743 W Grove St Rialto Ca 92376, County of San Bernardino, State of California, in this judicial district.

3. Plaintiff seeks to recover possession of the premises by this action.

4. The true names and capacities, whether individual, corporate, associate or otherwise of Defendants sued as Does 1 through 10 are unknown to Plaintiff, who therefore sues said Defendants

///

by such fictitious names, and Plaintiff will amend this Complaint to show their true names and capacities when the same have been ascertained.

5. On or about 11/21/17, a foreclosure sale was held and Plaintiff took title to the subject property at the foreclosure sale and received an executed Trustee's Deed upon Sale, which was recorded in the Official records in the office of the County Recorder of San Bernardino County, California. A true and correct copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit "A" and is incorporated herein by reference.

6. On 12/05/17, A Three/Ninety Day Notice to Quit and Notice of Tenants Rights were served on Defendants, Alvina Talamantes, DOES 1 TO 10 INCLUSIVE, for the period stated in the Notice has expired. A copy of the Notice is incorporated by reference and attached as Exhibit "B".

7. Defendant's possession of the premises is without Plaintiff's consent and Plaintiff demands immediate possession of the premises.

8. The reasonable value of the use and occupancy of the premises is the sum of $50.00 per day, and damages have accrued to Plaintiff at that rate since 12/09/17, and will continue to accrue at that rate so long as Defendants remain in possession of the premises. Plaintiff waives all damages in excess of $25,000.00.

WHEREFORE, Plaintiff prays judgment for:

1. For restitution of the premises;

2. For the reasonable value of the use and occupancy of the premises in a sum according to proof, until the date that Judgment is entered;

///

Case 5:18-cv-00210-AG-SHK    Document 1    Filed 01/30/18    Page 13 of 16    Page ID #:13

|   |      |                                                        |
|---|------|--------------------------------------------------------|
| 1 | 3.   | For costs of suit; and                                 |
| 2 | 4.   | For such other and further relief as the court deems   |
| 3 | proper. |                                                     |

Dated: 12/11/17

                                                       */s/ Bo*
                                     Barry Lee O'Connor

                                     Attorney for Plaintiff

COMPLAINT FOR UNLAWFUL DETAINER
PAGE 3 OF 4

LS-301

13

CP10.5

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
    - Exception: If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address):   TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| ATTORNEY FOR (Name): | |

**NAME OF COURT:** SAN BERNARDINO COUNTY SUPERIOR COURT
**STREET ADDRESS:** 17780 ARROW BLVD
**MAILING ADDRESS:** 17780 ARROW BLVD
**CITY AND ZIP CODE:** FONTANA, CA 92335
**BRANCH NAME:** VALLEY DIVISION

**Plaintiff:** KMC INVESTMENT CORP
**Defendant:** ALVINA TALAMANTES

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER: |
|---|---|
| Complete this form only if ALL of these statements are true:<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)<br>3. You still occupy the subject premises. | UDFS1708807<br>(To be completed by the process server)<br>DATE OF SERVICE:<br>(Date that form is served or delivered, posted, and mailed by the officer or process server) |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:
2. I reside at *(street address, unit no., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

    743 W GROVE ST RIALTO CA 92376

4. On *(insert date):*                                 , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is in the accompanying Summons and Complaint.)*
5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.
8. I was not named in the Summons and Complaint.
9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.
10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $                     or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| CP10.5 [Rev. June 15, 2015] | PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25 |
|---|---|---|

|  | CP10.5 |
|---|---|
| **Plaintiff:** KMC INVESTMENT CORP <br> **Defendant:** ALVINA TALAMANTES | **CASE NUMBER:** |

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> **NOTICE: If you fail to file this claim, you may be evicted without further hearing.**

13. **Rental agreement.** I have *(check all that apply to you):*
    a. ☐ an oral or written rental agreement with the landlord.
    b. ☐ an oral or written rental agreement with a person other than the landlord.
    c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.
    d. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

_____  ▶  _____
(TYPE OR PRINT NAME)                  (SIGNATURE OF CLAIMANT)

> **NOTICE:** If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE** if all the following are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.
3. You still occupy the premises.

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*



VERIFICATION

STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

I, Barry Lee O'Connor, declare:

I am an attorney at law duly admitted and licensed to practice before all courts of this State and am the attorney of record for Plaintiff in the above-entitled matter.

I have read the foregoing COMPLAINT FOR UNLAWFUL DETAINER and know the contents thereof.

The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true.

I make this verification because the facts set forth in said COMPLAINT FOR UNLAWFUL DETAINER are within my knowledge. I further make this verification becuase the party I represent is absent from the county of the aforesaid where I have my office, and I make this verifcation for and on behalf of that party for that reason.

Executed at Riverside, California, on 12/11/17.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Barry Lee O'Connor
Attorney for Plaintiff

COMPLAINT FOR UNLAWFUL DETAINER
PAGE 4 OF 4

LS-301